RICHARDS, APPELLANT, *v.* BOARD OF EDUCATION,
AKRON PUBLIC SCHOOLS, ET AL., APPELLEES.

[Cite as *Richards v. Akron Bd. of Edn.* (1991), 61 Ohio St.3d 534.]

(No. 91–772—Submitted July 31, 1991—Decided August 21, 1991.)

*Edward C. Maher,* for appellant.

*Buckingham, Doolittle & Burroughs* and *Dean E. Westman,* for appellee
Akron Board of Education.

*Max Rothal,* Director of Law, and *Elaine B. Davidson,* Assistant Director
of Law, for appellee Akron Civil Service Commission.

This cause is reversed and remanded on authority of *Nuspl v. Akron* (1991),
61 Ohio St.3d 511, 575 N.E.2d 447.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ.,
concur.